KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 08675
Email: kstein@nevadafirm.com
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: 702/791-0308
Fax: 702/791-1912

*Attorneys for Defendant China Green Agriculture, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLENN LITTLE,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA GREEN AGRICULTURE, INC.; ZHOUYU LI; LIANFU LIU; YONCHENG YANG; and JOHN DOES 1-10,<br><br>Defendants. | CASE NO.: 2:19-cv-01756-JCM-NJK<br><br>**STIPULATION AND ORDER SETTING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT FOR BREACH OF FIDUCIARY DUTY AND SHAREHOLDER OPPRESSION**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff GLENN LITTLE ("Plaintiff") and Defendant CHINA GREEN AGRICULTURE, INC. ("CGA", and collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint for Breach of Fiduciary Duty and Shareholder Oppression (the "Complaint") on October 9. 2019 (ECF No. 1).

2. Plaintiff effectuated service of the Complaint on CGA on October 14, 2019. Pursuant to Fed. R. Civ. P. 12(a), CGA's responsive pleading to the Complaint is therefore due by November 4, 2019.

3. CGA just recently engaged Kimberly P. Stein, Esq. and James D. Boyle, Esq. and the law firm of Holley Driggs Walch Fine Puzey Stein & Thompson ("HDW") as its counsel in this action.

///

4. Thus, to accommodate CGA's recent engagement of counsel and provide HDW with sufficient time to meet with representatives of CGA to prepare a responsive pleading, the Parties hereby agree that CGA may have a two (2) week extension to file its responsive pleading to the Complaint, such that its responsive pleading is now due on or before November 18, 2019.

This is the <u>first extension</u> requested in connection with submission of a responsive pleading to the Complaint. The purpose of requesting this extension is to set a deadline for CGA to respond to the Complaint, and to accommodate CGA's recent engagement of counsel and provide HDW with sufficient time to meet with representatives of CGA to prepare a responsive pleading.

For these reasons, the Parties respectfully request that this Court approve the foregoing stipulation.

DATED this 5th day of November, 2019.     DATED this 5th day of November, 2019.

**SNELL & WILMER. L.L.P.**                **HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON**

/s/ *John S. Delikanakis*                 /s/ *James D. Boyle*
JOHN S. DELIKANAKIS, ESQ. (NBN 5928)      KIMBERLY P. STEIN, ESQ. (NBN 8675)
MICHAEL PARETTI, ESQ. (NBN 13926)         JAMES D. BOYLE, ESQ. (NBN 8384)
3883 Howard Hughes Parkway, Suite 1100    400 South Fourth Street, Suite 300
Las Vegas, Nevada 89169                   Las Vegas, Nevada 89101

OFFIT KURMAN, P.A.                        *Attorneys for Defendant China Green Agriculture, Inc.*

Adam J. Rader, Esq. (PHV Forthcoming)
Lawrence E. Steckman, Esq. (PHV Forthcoming)
10 East 40th Street
New York, New York 10016

*Attorneys for Plaintiff Glenn Little*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 6, 2019