# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLENN LITTLE,<br>    Plaintiff(s),<br>v.<br>CHINA GREEN AGRICULTURE, INC., et al.,<br>    Defendant(s). | Case No.: 2:19-cv-01756-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 8] |

Pending before the Court is a stipulation to extend the deadline to respond to the complaint, Docket No. 8, which is **GRANTED**. The response to the complaint must be filed by December 15, 2019.[1]

IT IS SO ORDERED.

Dated: November 18, 2019

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge

---

[1] The stipulation also seeks an extended briefing schedule for the anticipated motion to dismiss. Pursuant to Local Rule IC 2-2(b), a separate filing must be made for each request. Accordingly, that aspect of the stipulation is **DENIED** without prejudice to the refiling of a stipulation for allowance of an extended briefing schedule.