John S. Delikanakis, Esq.
Nevada Bar No. 5928
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jdelikanakis@swlaw.com
mparetti@swlaw.com

Adam J. Rader, Esq.
(*Pro Hac Vice Forthcoming*)
Lawrence A. Steckman, Esq.
(*Pro Hac Vice Forthcoming*)
OFFIT KURMAN, P.A.
10 East 40th Street
New York, New York 10016
Telephone: (347) 589-8514
Facsimile: (347) 589-8535
arader@offitkurman.com
lsteckman@offitkurman.com

*Attorneys for Plaintiff Glenn Little*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLENN LITTLE,<br><br>        Plaintiff,<br><br>vs.<br><br>CHINA GREEN AGRICULTURE, INC.;<br>ZHUOYU LI; LIANFU LIU; YONCHENG<br>YANG; and, JOHN DOES 1-10<br><br>        Defendants. | Case No. 2:19-cv-01756-JCM-NJK<br><br>**STIPULATION AND ORDER<br>EXTENDING BRIEFING SCHEDULE<br>REGARDING MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

        Pursuant to LR IA 6-1, Plaintiff GLENN LITTLE ("Plaintiff") and Defendant CHINA

GREEN AGRICULTURE, INC. ("CGA," and collectively with Plaintiff, the "Parties"), by and

through their respective counsel, hereby stipulate and agree as follows:

        WHEREAS, Plaintiff filed his Complaint for Breach of Fiduciary Duty and Shareholder

Oppression (the "Complaint") on October 9. 2019 (ECF No. 1).

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

WHEREAS, Defendant CGA intends to file a motion to dismiss the Complaint, which will be filed as ordered on December 15, 2019. *See* ECF No. 11.

WHEREAS, by Order dated November 18, 2019, the Court required the Parties to separately request an extended briefing schedule in lieu of those set forth in Local Rule 7-2(b). *See* ECF No. 11.

NOW THEREFORE, the Parties have conferred and mutually agreed upon the following briefing schedule for Defendant's upcoming Motion to Dismiss:

- Defendant will file its Motion to Dismiss the Complaint on <u>December 15, 2019</u>.
- Plaintiff will file its Opposition to Defendant's Motion to Dismiss on <u>January 13, 2020</u>.
- Defendant will file its Reply to Plaintiff's Opposition on <u>February 3, 2020</u>.

This is the <u>first extension</u> requested for a revised briefing schedule for the anticipated Motion to Dismiss.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

For these reasons, the Parties respectfully request that this Court approve the foregoing stipulation.

| | |
|---|---|
| Dated this 19th day of November, 2019 | Dated this 19th Day of November, 2019 |

Dated this 19th day of November, 2019

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
John S. Delikanakis, Esq.
Nevada Bar No. 5928
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169

Adam J. Rader, Esq.
*(Pro Hac Vice Forthcoming)*
Lawrence A. Steckman, Esq.
*(Pro Hac Vice Forthcoming)*
OFFIT KURMAN, P.A.
10 East 40th Street
New York, New York 10016

*Attorneys for Plaintiff Glenn Little*

Dated this 19th Day of November, 2019

WENDOT LAW GROUP

by: */s/ Yao Wen*
Yao (Kelvin) Wen, Bar# 14299
411 E. Bonneville Ave. #150
Las Vegas, NV 89101
702-520-8888
ywen@wendotlaw.com

Angus F. Ni, Esq.
*(Pro Hac Vice Forthcoming)*
AFN Law PLLC
506 2nd Ave, Suite 1400
Seattle, WA 98104
646.543.7294
angus@afnlegal.com

*Attorneys for Defendant China Green Agriculture*

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

November 22, 2019
DATED: _____

4839-2782-2765

- 3 -